# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETU TANGRI,<br><br>  Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and, TESLA MOTORS, INC. LONG TERM DISABILITY INSURANCE PLAN,<br><br>  Defendants. | Case No. 4:20-cv-01646-HSG<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Haywood S. Gilliam Jr.<br><br>Complaint Filed:  March 6, 2020 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 4:20-cv-01646-HSG, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: 9/23/2020

*[Signature]*
HON. HAYWOOD S. GILLIAM JR.
United States District Court Judge

175162.1

1

Case No. 4:20-cv-01646-HSG
ORDER DISMISSING THE ENTIRE
ACTION WITH PREJUDICE